Argued and submitted November 16, 1980, affirmed March 30, 1981

BROWN, et al,
*Appellants,*

*v.*

TRAVELODGE OF OREGON, INC.,
*Respondent.*

(No. 80-391L, CA 18420)

625 P2d 685

Ann Morgenstern, Portland, argued the cause for appellants. With her on the brief was Phillip M. Margolin, Portland.

Don G. Carter, Portland, argued the cause for respondent. With him on the brief was Hardy, McEwen, Newman & Hanna, Portland.

Before Richardson, Presiding Judge, and Thornton and Joseph, Judges.

PER CURIAM.

## PER CURIAM.

Plaintiffs, lessors, appeal an order dismissing their complaint in a forcible entry and detainer action. They make three assignments of error, none of which complies with Rule 25.10, Rules of Appellate Procedure. We decline to review the merits of the assignments of error. *See Castor v. Erlandson,* 277 Or 147, 560 P2d 267 (1977); *Barbour v. Peck,* 44 Or App 363, 606 P2d 628 (1980).

Affirmed.